# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHAC, LLC,
                Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ADRIANA ESCOBAR, DISTRICT JUDGE,

                Respondents,
and

SUSAN BELL,

                Real Party in Interest.

No. 82377

**FILED**

MAR 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Cause appearing, petitioner's unopposed motion for a voluntary dismissal of this petition is granted. This petition is dismissed. NRAP 42(b). The parties shall bear their own fees and costs.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Adriana Escobar, District Judge
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Bighorn Law/Las Vegas
       Eighth District Court Clerk

21-06980